Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiffs was sustained.

No. 56816.—G. Brunella et al. *v.* United States, protests 728821–G, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiffs was sustained.

No. 56817.—S. S. O'Hanna Company *v.* United States, protests 175565–K (A) and 175565–K (B) (New York).

Opinion by JOHNSON, J. From an examination of the papers in the cases the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protests were therefore overruled.

No. 56818.—Byrnes & Lowery *v.* United States, protest 178407–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 56819.—Garod Radio Corporation *v.* United States, protest 179968–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 56820.—Cerro DePasco Copper Corporation *v.* United States, protest 180347–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 56821.—Keys & Lockwood, Inc., and Meadows Wye & Co., Inc. *v.* United States, protest 182036–K (New York).